Rachel H. Townsend, Sidley Austin LLP, Washington, DC, for Plaintiff–Petitioner.

Before GAJARSA, FRIEDMAN, and MOORE, Circuit Judges.

## ON PETITION

GAJARSA, Circuit Judge.

### ORDER

Kimberly–Clark Worldwide, Inc. (Kimberly–Clark) petitions for permission to appeal orders certified by the United States District Court for the Middle District of Pennsylvania as ones involving a controlling issue of law as to which there is substantial ground for difference of opinion and for which an immediate appeal may materially advance the ultimate termination of the litigation. First Quality Baby Products, LLC et al. (First Quality) opposes. Kimberly–Clark replies.

### In re KIMBERLY–CLARK WORLDWIDE, INC., Petitioner.

Misc. No. 958.

United States Court of Appeals, Federal Circuit.

Jan. 10, 2011.

Before GAJARSA, FRIEDMAN, and MOORE, Circuit Judges.

## ON PETITION

GAJARSA, Circuit Judge.

### ORDER

Kimberly–Clark Worldwide, Inc. (Kimberly–Clark) petitions for a writ of mandamus to direct the United States District Court for the Middle District of Pennsylvania to vacate its orders granting First Quality Baby Products, LLC (First Quality)'s motion to compel discovery. First Quality opposes. Kimberly–Clark replies.

This petition for a writ of mandamus was filed simultaneously with Kimberly–Clark's 28 U.S.C. § 1292(b) petition. Because we agreed to hear Kimberly–Clark's interlocutory appeal under § 1292(b), we deny this petition for a writ of mandamus.

Accordingly,

IT IS ORDERED THAT:

Kimberly–Clark's petition for a writ of mandamus is denied.